Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
jason@rafiilaw.com
rachel@rafiilaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAJUANA MOTEN and MARIO CARDENAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOODWRX LLC, a Nevada Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00778-APG-BNW<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND CASE DEADLINES PENDING THE COURT'S RULING ON PLAINTIFF'S MOTION FOR REMAND [ECF 11] AND DEFENDANT'S MOTION TO COMPEL ARBITRATION [ECF 10]**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff LAJUANA MOTEN by and through her counsel of record, Raffi & Associates, P.C., and Defendant GOODWRX LLC by and through its counsel of record, Law Office of Mary Chapman, Ltd. (collectively "Parties"), that all discovery and case deadlines be stayed until the disposition of Plaintiff's pending Motion for Remand (ECF 11) ("Remand Motion") and Defendant's pending Motion to Compel Arbitration (ECF 10) ("Compel Motion") (collectively "Motions"). This stipulation is submitted and based upon the following:

1. This is the Parties' first request for a stay of all discovery and case deadlines.

2. The Parties' joint discovery plan and scheduling order ("DPSO") is currently due to

1
**JOINT STIPULATION TO STAY DISCOVERY AND CASE DEADLINES**

be filed on June 26, 2025.  *See* ECF 9.

3. However, currently pending before the Court are Plaintiff's Remand Motion and Defendant's Compel Motion.  Resolution of either of these Motions could preclude further action in this Court by either of the Parties.

4. Hence, given the pendency of these Motions, the Parties desire to avoid the time and expense of negotiating and observing discovery deadlines, and to avoid wasting judicial resources on potentially unnecessary discovery disputes or motion practice.

5. Accordingly, the Parties have agreed to stay all discovery and case deadlines until the disposition of the Motions in order to conserve the Parties' resources and for the sake of judicial economy.

6. It is well recognized that "[c]ourts have broad discretion in managing their dockets." *Byars v. Western Best, LLC*, No. 2:19-CV-1690-JCM-DJA, 2020 WL 8674195, at *1 (D. Nev. Jul. 6, 2020), citing *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997).  In exercising such discretion, "courts are guided by the goals of securing the just, speedy, and inexpensive resolution of actions." *Id.*; *see also* Fed. R. Civ. P. 1.  The Parties agree that good cause exists to stay discovery and all case deadlines while the Motions are pending, which might effectively require resolution of Plaintiff's claims in a state or arbitral forum.  *See Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *4 (D. Nev. Oct. 14, 2021); *Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-CV-00382-GMN-MDC, 2024 WL 2302151, at *1 (D. Nev. May 21, 2024).

7. Proceeding with discovery before the Motions are resolved could cause unnecessary expense to the Parties and may clog the Court's docket with potentially unnecessary discovery disputes or motion practice.  Consistent with the foregoing, the Parties believe they will be in a better position to discuss or resume discovery, if at all, after the Motions are resolved.

8. For all these reasons, the Parties believe it is in the interest of judicial efficiency and economy to stay discovery and all case deadlines until the disposition of Plaintiff's Remand Motion and Defendant's Compel Motion.

9. In the event that both Motions are denied, the Parties will submit their joint DPSO within 14 days after the latter of the Court's denials.

**JOINT STIPULATION TO STAY DISCOVERY AND CASE DEADLINES**

10. The Parties further agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Stipulation.

11. This request is made in good faith and not for the purpose of delay.

Dated: June 10, 2025

| Law Office of Mary F. Chapman, Ltd. | Rafii & Associates, P.C. |
|---|---|
| */s/ Mary Chapman* (*with permission*) | */s/ Jason Kuller* |
| Mary F. Chapman, Esq. | Jason Kuller |
| Nevada Bar No. 6591 | Of Counsel |
| 8440 W. Lake Mead Blvd, Suite 203 | Nevada Bar No. 12244 |
| Las Vegas, Nevada 89128 | 1120 N. Town Center Dr., Suite 130 |
| *Attorneys for Defendant* | Las Vegas, Nevada 89144 |
| | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: June 12, 2025

1.



3
**JOINT STIPULATION TO STAY DISCOVERY AND CASE DEADLINES**