**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAJUANA MOTEN, | Case No. 2:25-cv-00778-APG-BNW |
| Plaintiff(s), | **Order** |
| v. | |
| GOODWRX, LLC, | |
| Defendant(s). | |

On May 6, 2025, the Court set an early neutral evaluation in this case. Docket No. 7. Defendant thereafter filed a motion to compel arbitration. Docket No. 10. The Court does not generally hold an alternative dispute resolution session in the form of an early neutral evaluation in a case that is subject to alternative dispute resolution in the form of arbitration. *See* Docket No. 3. Moreover, Plaintiff filed a motion to remand to state court. Docket No. 11. Hence, both parties at present take the position that this matter should not proceed in this Court.[1] Lastly, the Court stayed discovery at the parties' request, *see* Docket No. 18, so it is not clear that the matter will be primed for an early neutral evaluation as scheduled at any rate, *see* Local Rule 16-6(f)(1)(H) (requiring certification that initial disclosures have been exchanged, including a computation of damages).

An evaluating magistrate judge possesses broad discretion to exempt any case from the early neutral evaluation program. Local Rule 16-6(c). Given the confluence of circumstances discussed above, the early neutral evaluation is hereby **VACATED**. In the event that this case proceeds forward in this forum following resolution of the motions to compel arbitration and to

---

[1] To be clear, the undersigned expresses no opinion herein as to the merits of either the motion to compel arbitration or the motion to remand.

1

remand, the parties must file a stipulation with five proposed dates for the early neutral evaluation. That stipulation must be filed no later than 14 days after the resolution of these motions.

    IT IS SO ORDERED.

    Dated: June 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge